UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY DEON HOOVER,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>SCOTT FRAUENHEIM,<br><br>　　　　　　Respondent. | No.  2:15-cv-0082 TLN KJN P<br><br><br>ORDER |

　　　　Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  In support of his request for leave to proceed in forma pauperis, plaintiff filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint.  However, the certificate portion of the request, which must be completed by plaintiff's institution of incarceration, has not been filled out.  Therefore, plaintiff will be provided the opportunity to submit a fully-completed in forma pauperis application.

　　　　In accordance with the above, IT IS HEREBY ORDERED that:

　　　　1. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

////

1

      2. Petitioner shall submit, within thirty days from the date of this order, a fully-completed in forma pauperis application. Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: March 13, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

hoov0082.3c